# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HANNAH HOPE HOLT

VERSUS

NICHOLAS RYAN HOLT

NO.   2025 CW 0945

**NOVEMBER 4, 2025**

---

In Re:    Hannah Hope Holt, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 223,138.

---

**BEFORE:   McCLENDON, C.J., LANIER AND STROMBERG, JJ.**

**WRIT DENIED.**

> **PMc**
> **WIL**
> **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT